IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr57-MHT |
| | ) | (WO) |
| ANGELA SMITH | ) | |

### ORDER

Upon consideration of the government's motion for leave to dismiss count 27 of the indictment, it is ORDERED that the motion (doc. no. 380) is granted. The court assumes that the government will file a separate document dismissing count 27 from the indictment.

DONE, this the 16th day of January, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE