IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr57-MHT |
| | ) | (WO) |
| ANGELA SMITH | ) | |

### ORDER

Upon consideration of the government's motion to dismiss count 27 of the indictment, it is ORDERED that the motion (doc. no. 382) is granted, and count 27 is dismissed from the indictment (doc. no. 1) in the interests of justice.

DONE, this the 28th day of January, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**